No. 904.

MAYOR AND COUNCIL OF MONROE VS. ANDREW CAMPBELL.

Where, in an appeal from a fine imposed by a municipal court for violation of a town ordinance, the only legal point made was whether two separate offences under two separate ordinances could be charged in one affidavit; held, this court was without jurisdiction, because the legality and constitutionality of the ordinances was not in contestation, but merely the mode of trial for the enforcement of the ordinances.

APPEAL from the Recorder's Court of Monroe.

S. D. McEnery for the Corporation.    Baker for the Defendant.

SPENCER, J., delivered the opinion dismissing the appeal.